ARTHUR SCHWARZENBACH, Appellant, *v.* ONEONTA LIGHT AND POWER COMPANY, Respondent.

*Schwarzenbach* v. *Oneonta Light & Power Co.,* 144 App. Div. 884, modified.
(Argued December 18, 1912; decided December 31, 1912.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered May 17, 1911, modifying and affirming, as modi·

fied, a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to restrain the defendant from flooding plaintiff's lands and for damages.

*Alva Seybolt* for appellant.

*J. F. Thompson* for respondent.

Judgment of Appellate Division modified so as to suspend operation of injunction until January 1, 1914, and as modified affirmed, with costs in this court to appellant; no opinion.

Concur: CULLEN, Ch. J., GRAY, HISCOCK, CHASE and COLLIN, JJ. WILLARD BARTLETT, J., dissents from suspension of injunction for any time. Absent: WERNER, J.